■ NOEL MUSCIANESI, Respondent, v LONG ISLAND COLLEGE HOSPITAL, Appellant. [655 NYS2d 373] —In an action to recover damages for employment discrimination, the defendant appeals from so much of (1) an order of the Supreme Court, Kings County (Yoswein, J.), dated October 18, 1994, as granted the plaintiff's motion to vacate an order of the same court, dated April 25, 1994, granting summary judgment dismissing the complaint upon the plaintiff's default in opposing that motion, and (2) an order of the same court, dated January 27, 1995, as denied its renewed motion for summary judgment.

■ NOEL MUSCIANESI, Respondent, v LONG ISLAND COLLEGE HOSPITAL et al., Appellants. [654 NYS2d 573] —In an action to recover damages for employment discrimination, the defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Kings County (Yoswein, J.), dated September 14, 1995, as granted their motion pursuant to CPLR 3211 (a) (4) to dismiss the plaintiff's complaint under Index Number 410/95, only to the extent of dismissing the complaint under Index Number 38691/93.

Ordered that the order is affirmed insofar as appealed from, with costs.

CPLR 3211 (a) (4) provides that in deciding whether to dismiss an action on the ground that there is another action pending between the parties, "the court need not dismiss upon this ground but may make such order as justice requires". Under the circumstances presented in this case, the court did not improvidently exercise its discretion in dismissing the ac-

tion under Index Number 38691/93. Thompson, J. P., Santucci, Friedmann and Luciano, JJ., concur.